IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROL MEREDITH, Individually, and CAROL
MEREDITH, as Personal Representative of the
ESTATE OF LOWELL S. MEREDITH, Deceased,

      Plaintiff,

v.                                                          No. 1:19-cv-00668-KG-KK

ILIM S. BINALI and PROUD EAGLE EXPRESS, INC.,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Carol Meredith, individually, and Carol Meredith as Personal Representative of the Estate of Lowell S. Meredith, Deceased ("Plaintiff") and Defendants Ilim S. Binali and Proud Eagle Express, Inc. (together, "Defendants"), and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

    1.    The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action; and

    2.    The Stipulation is well taken and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulation shall be and hereby is approved and that the above-captioned cause of action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____/s/ Charles J. Vigil_____
       Charles J. Vigil
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendants*

CARUSO LAW OFFICES

By ___*Approved via e-mail 8/3/2021*_____
     Mark. J. Caruso
4302 Carlisle Blvd., NE
Albuquerque, NM 87107
Tel: (505) 883-5000
Fax: (505) 883-5012
mark@carusolaw.com
*Attorneys for Plaintiff*